UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LAWRENCE BENNETT,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-10-3110-JPH

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Hutton entered a Report and Recommendation on April 9, 2012, recommending Plaintiff's Motion for Summary Judgment be granted and Defendant's Motion for Summary Judgment be denied (ECF No. 38). Defendant timely filed an objection on April 23, 2012 (ECF No. 39) and Plaintiff filed a response on May 1, 2012 (ECF No. 40). Defendant's objections are restatements of arguments made in summary judgment briefing.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** Magistrate Hutton's Report and Recommendation (ECF No. 38).

2. Plaintiff's Motion for Summary Judgment (ECF No. 19) is **GRANTED,** for the limited purpose of remanding the case to the Commissioner for additional proceedings.

3. Defendant's Motion for Summary Judgment (ECF No. 30) is **DENIED**.

4. An application for attorneys fees may be filed by separate motion.

///

///

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**

5.   Judgment shall be entered in favor of Plaintiff.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file**.

**DATED** this 29th day of June, 2012.

                 *s/Robert H. Whaley*
                 ROBERT H. WHALEY
                 United States District Court

Q:\aCIVIL\2010\bennett\adopt.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**