UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LAWRENCE BENNET,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. CV-10-3110-JPH

ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on October 24, 2012, ECF No. 49, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 43, be **granted.** Defendant does not object to the amount requested. ECF No. 47, 48 at 2.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED:**

The Report and Recommendation, **ECF No. 49,** to grant Plaintiff's motion for fees pursuant to the EAJA is **ADOPTED in its entirety**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and **close** the file.

DATED this 15th day of November, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United Stated District Court